IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH BEUGLING@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 20mj 95<br><br>**Filed Under Seal** |

## MOTION TO SEAL

Now comes the United States, by its undersigned counsel, Assistant United States Attorney, Michael Hunter, and hereby respectfully request that the Search and Seizure Warrant and Return, Affidavit, all related documents in the above entitled cause remain sealed until July 31, 2020, or until further order of this court. There is an on-going criminal investigation that would be compromised if the existence of the investigation becomes known. The United States is apprehensive that pertinent evidence may be destroyed if targets or persons associated become aware of said Search and Seizure Warrant, Affidavit and related documents.

WHEREFORE, the government respectfully requests that the Search and Seizure Warrant and Return, Affidavit, and all related documents in the above entitled cause remain sealed until July 31, 2020, or until further order of this court.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

Michael Hunter
Assistant United States Attorney