IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH BEUGLING@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 20 mj 95 <br><br> **Filed Under Seal** |

FILED
RICHARD W. NAGEL
CLERK OF COURT
2020 FEB 11  PM 1:29
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## ORDER TO SEAL

Upon the Motion of the United States and for good cause shown, it is **ORDERED** that the Search Warrant and Return, Affidavit and all related documents in the above-entitled cause remain sealed until July 31, 2020, or until further order of this court.

Honorable Kimberly A. Jolson
United States Magistrate Judge
Southern District of Ohio