AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

2020 MAR -2 PM 3: 33

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 20mj95
) 
Information associated with BEUGLING@GMAIL.COM )
that is strored at the premises controlled by GOOGLE )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Northern   District of California
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A, which is attached hereto and incorporated herein by reference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B, which is attached hereto and incorporated herein by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   Feb. 25, 2020
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.    ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
   Kimberly A. Jolson, U.S. Magistrate Judge   /  SD. Ohio Clerks Office
   *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for   days *(not to exceed 30)*.
   ☐ until, the facts justifying, the later specific date of   .

Date and time issued:   Feb. 11, 2020 at 1:16 PM   _____
                                                                            *Judge's signature*

City and state:   Columbus, Ohio                      Kimberly A. Jolson, U.S. Magistrate Judge
                                                                            *Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with BEUGLING@GMAIL.COM that is stored at premises owned, maintained, controlled, or operated by GOOGLE, a company headquartered at 1600 Amphitheatre Parkway, Mountain View, California, 94043, and preserved under GOOGLE Reference Number 3480864.

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by GOOGLE (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is stored, held or maintained inside or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on February 11, 2020, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A, preserved under GOOGLE Reference Number 3480864:

    a.    The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

    b.    All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    c.    The types of service utilized;

    d.    All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

  e. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken; and

  f. For all information required to be disclosed pursuant to this warrant, the physical location or locations where the information is stored.

The Provider is hereby requested to disclose the above information to the government within 14 days of the issuance of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence, and/or instrumentalities of violations of 21 U.S.C. §§ 959, those violations involving darknet moniker TRIPWITHSCIENCE and occurring **January 1, 2017 to present,** including, for each account or identifier listed on Attachment A, preserved under GOOGLE Reference Number 3480864 information pertaining to the following matters:

(a) The acquisition, sale and/or transport of illegal narcotics, communications between the user(s) of BEUGLING@GMAIL.COM and co-conspirators in committing the above-referenced violations, communications by or with the user(s) of BEUGLING@GMAIL.COM regarding preparatory steps in furtherance of the scheme and other evidence of the participation of the user(s) of BEUGLING@GMAIL.COM in the above-referenced violations.

(b) Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

(c) Evidence indicating the email account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(e) The identity of the person(s) who communicated with the BEUGLING@GMAIL.COM about matters relating to 21 U.S.C. §§ 959, including records that help reveal their whereabouts.

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1. I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3. Google provides Internet-based services.

4. Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *BEUGLING,* with Google Ref. No. 3482717 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5. The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6. The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


\_\_\_/s\_Neha Reddy_____         Date: February 18, 2020
(Signature of Records Custodian)


Neha Reddy
(Name of Records Custodian)

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

### Attachment A: Hash Values for Production Files (Google Ref. No. 3482717)

beugling.72329560837.Calendar.Calendars_001.zip:

MD5- e3d573322ccb258f2e4281bd2967a62a
SHA512-
7d0b93fe663059ab2763d9dbef779c4fa52097b6b80f58ef17a285af51a86f3bef3bccb996f3f5a134e5bca658f11d846b0e2536ec081aaa0dc3c62b6d3d9c96

beugling.72329560837.GoogleAccount.SubscriberInfo_001.zip:

MD5- cf4d8b3a2df5e9d2c5c631b35feca379
SHA512-
fcc6354dd222ef5018e41904c3011d40c90b15bad42bf135a9e93affe7ddba503df844ddab0def42c6ceb324c4da2667c148efca2a17b3f7ab200ebf89a151db

beugling.72329560837.GooglePhotos.PhotoResource_001.zip:

MD5- 9cac785e8ede6462cba373155f768ba7
SHA512-
564200f736956b6e3fb249ccb5243d0f873ebfe0b70fbd50f3112a1ba90db52f7fd7165ba3cfea382b55d369ac310a8ef62b198f93ba16d772fa4416a6606ca3

beugling.Gmail.Contacts.vcf:

MD5- d29181cdb1c65dcf3f5d5f0514dce5f2
SHA512-
83cf5889420da64dd38075d94e41f973d291f5b0b49b887e45f672f41cf6a2d6bba8fcc1e4f062567c0c60317967d0b0c4454caf7793a5a5d712586506af2f05

beugling@gmail.com.Gmail.Content.mbox:

MD5- c3c77b7e834ad7df71e99d6d229ab7dc
SHA512-
13b36c6321b7b3465a75594475767163a6d4ca35d799e324e089e8c57da45ad260a9e8a119dc1ac6732d3cf05bb3b33f071e51d6ebf4573c4ea24e5fbdcdb21f

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| | Return | |
|---|---|---|
| Case No.:<br>20mj95 | Date and time warrant executed:<br>2/11/2020 2:10 PM | Copy of warrant and inventory left with:<br>Served electronically |

Inventory made in the presence of :
TFO Andrew Wuertz

Inventory of the property taken and name of any person(s) seized:

Electronic evidence

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    3/2/2020 2:00 PM

_____
Executing officer's signature

David Barrick, DEA Task Force Officer
Printed name and title