## ATTACHMENT A:

| | |
|---|---|
| 2:19-MJ-471 | 2:20-MJ-278 |
| 2:19-MJ-481 | 2:20-MJ-290 |
| 2:19-MJ-798 | |
| 2:19-MJ-920 | |
| 2:19-MJ-936 | |
| 2:19-MJ-957 | |
| 2:20-MJ-095 | |
| 2:20-MJ-096 | |
| 2:20-MJ-132 | |
| 2:20-MJ-139 | |
| 2:20-MJ-158 | |
| 2:20-MJ-159 | |
| 2:20-MJ-168 | |
| 2:20-MJ-169 | |
| 2:20-MJ-170 | |
| 2:20-MJ-182 | |
| 2:20-MJ-196 | |
| 2:20-MJ-197 | |
| 2:20-MJ-198 | |
| 2:20-MJ-199 | |
| 2:20-MJ-207 | |
| 2:20-MJ-225 | |
| 2:20-MJ-240 | |
| 2:20-MJ-260 | |
| 2:20-MJ-261 | |